IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KIMBERLY RENEE STURGIS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, Acting | : | NO.  22-417 |
| Commissioner of Social Security | : | |

## **O R D E R**

AND NOW, this   30th     day of March, 2023, upon consideration of Plaintiff's

brief and statement of issues (Doc. 11), Defendant's response (Doc. 12), the reply (Doc.

13), and after careful consideration of the administrative record (Doc. 10), IT IS

HEREBY ORDERED that:

1.  Judgment is entered affirming the decision of the Commissioner of Social
    Security and the relief sought by Plaintiff is DENIED,

2.  The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ Elizabeth T. Hey_____
ELIZABETH T. HEY, U.S.M.J.